## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN COREY SCHNEIDER, | ) | 3:09-cv-0667-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 21, 2011 |
| | ) | |
| HOFFMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an Emergency Motion to Reissue Summons (Doc. #35). Good cause appearing,

Plaintiff's Emergency Motion to Reissue Summons (Doc. #35) is **GRANTED**. The Clerk shall issue a Summons for Defendant Shawn Hoffman and send the same to Plaintiff along with a copy of the Complaint (Doc. #6).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk