# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN COREY SCHNEIDER,<br><br>Plaintiff,<br><br>vs.<br><br>HOFFMAN, et al.,<br><br>Defendants. | 3:09-cv-667-LRH (RAM)<br><br>**ORDER FOR SERVICE<br>BY PUBLICATION** |

It appearing to the court that a verified Complaint has been filed; that a Summons directed to Defendant Shawn Hoffman has been issued; that the Defendant is a necessary party; and that the whereabouts of the Defendant are unknown and the Defendant cannot be personally served in the State of Nevada, good cause appearing therefor, it is further

**ORDERED** that since the Defendant cannot now be found so as to be personally served, he may be served by publication of the Summons at least once a week for four (4) consecutive weeks in a newspaper of general circulation published in Clark County, Nevada, and in addition thereto a copy of the Summons and Complaint shall be forthwith mailed to the Defendant at his last known address, first class mail, postage prepaid.

DATED: June 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE