## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN COREY SCHNEIDER, | ) | 3:09-cv-0667-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2011 |
| | ) | |
| HOFFMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an Emergency Motion for Judge's Official Signed Order for Defendant Shawn Hoffman's Order for Service through Publication and Enlargement of Time (Doc. Nos. 54 and 55).

Plaintiff's Motions (Doc. Nos. 54 and 55) are **GRANTED**.  The court entered an Order for Service by Publication this date.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
          Deputy Clerk