## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN COREY SCHNEIDER, | ) | 3:09-cv-0667-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 22, 2011 |
| | ) | |
| HOFFMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Reconsideration (Doc. #46). Defendants have opposed the Motion (Doc. #50) and there has been no reply.

From the Opposition it appears that the tape recording of the disciplinary hearing of February 4, 2008, cannot be located and, therefore, Plaintiff's Motion for Reconsideration (Doc. #46) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk