1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                                DISTRICT OF NEVADA
8                                    * * * * *
9   KEVIN COREY SCHNEIDER,            )
                                      )   3:09-cv-00667-LRH-WGC
10                                    )
                   Plaintiff,         )   ORDER
11                                    )
    vs.                               )
12                                    )
    HOFFMAN, et al.,                  )
13                                    )
                   Defendants.        )
14  _____    )

15         Before the court is Defendants' Partial Objection to Magistrate Judge's Pretrial Order
16  (#77[1]), which the court will treat as a motion to reconsider Magistrate's Order #74.
17         The Court has conducted its review in this case, has fully considered the Defendants'
18  motion, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes
19  that the Magistrate Judge's ruling was well supported under the law, the sanction order was
20  appropriate, and the Magistrate's ruling was neither erroneous nor contrary to law.
21         The Magistrate Judge's Order (#74) will, therefore, be sustained and Defendants' Partial
22  Objection to Magistrate Judge's Pretrial Order (#77) is DENIED.
23         IT IS SO ORDERED.
24         DATED this 22nd day of November, 2011.
25
26
27                                            _____
                                              LARRY R. HICKS
28                                            UNITED STATES DISTRICT JUDGE

---

[1]Refers to this court's docket number.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28