UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN COREY SCHNEIDER,<br><br>                   Plaintiff,<br><br>vs.<br><br>HOFFMAN, et al.,<br><br>                   Defendants. | 3:09-cv-00667-LRH-WGC<br><br>ORDER |

     Before the court is Defendants' Partial Objection to Magistrate Judge's Pretrial Order (#77[1]), which the court will treat as a motion to reconsider Magistrate's Order #74.

     The Court has conducted its review in this case, has fully considered the Defendants' motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was well supported under the law, the sanction order was appropriate, and the Magistrate's ruling was neither erroneous nor contrary to law.

     The Magistrate Judge's Order (#74) will, therefore, be sustained and Defendants' Partial Objection to Magistrate Judge's Pretrial Order (#77) is DENIED.

     IT IS SO ORDERED.

     DATED this 22nd day of November, 2011.

                                                                                       LARRY R. HICKS<br>                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28