UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| KEVIN COREY SCHNEIDER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAWN HOFFMAN, *et al.*,<br><br>　　　　Defendants. | 3:09-cv-00667-LRH-WGC<br><br>O R D E R |

　　Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#102[1]) entered on June 25, 2012, recommending denying Defendants' Motion for Summary Judgment (#90) filed on December 15, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

　　The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#102) entered on June 25, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#102) entered on June 25, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#90) is DENIED.

IT IS SO ORDERED.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE