UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN COREY SCHNEIDER, | 3:09-cv-00667-LRH (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 8, 2012 |
| SHAWN HOFFMAN, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On August 6, 2012, Defendants filed a Motion for Enlargement to File Joint Pretrial Order (Doc. # 104) seeking a thirty day extension of time, up to and including September 5, 2012, in which to file the Joint Pretrial Order in this action.

Pursuant to the Scheduling Order issued in this matter, the parties were to file a Joint Pretrial Order within five days after the date for filing motions for summary judgment or the time when all motions for summary judgment were denied, whichever was later. (*See* Doc. # 19 ¶ 9.) On July 27, 2012, an order was entered adopting the Report and Recommendation that Defendants' Motion for Summary Judgment be denied. (Doc. # 103.) Therefore, the Joint Pretrial Order was to have been filed on or before August 1, 2012 (and not August 6, 2012, as suggested in Defendants' motion). However, in light of the fact that the parties have apparently agreed to an enlargement of time to file the Joint Pretrial Order, and good cause appearing, the court will **GRANT** Defendants' motion. The Joint Pretrial Order shall be filed on or before **September 5, 2012**.

IT IS SO ORDERED.

                                                                LANCE S. WILSON, CLERK

                                                                By: /s/
                                                                Deputy Clerk